UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODERICK WONG; NAVEEN YALAMANCHI; RTW INVESTMENTS, LP; RTW INVESTMENTS GP, LLC; RTW MASTER FUND, LTD.; RTW OFFSHORE FUND ONE, LTD.; RTW ONSHORE FUND ONE, LP; RTW INNOVATION MASTER FUND, LTD.; RTW INNOVATION OFFSHORE FUND, LTD.; RTW INNOVATION ONSHORE FUND, LP; AND RTW FUND GROUP GP, LLC,

Movants,

-against-

POLITAN CAPITAL MANAGEMENT, L.P,

Respondent.

Case No. 1:26-mc-00528 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the conference on November 24, 2026, Movants' motion to compel at Dkt. 1 is GRANTED in part and DENIED in part. Politan is ordered to search for and produce all nonprivileged documents within its possession, custody, or control that are responsive to Document Request Nos. 3–6, 11, and 16–19, using the search terms agreed upon by the parties, during the time frame agreed upon by the parties. However, insofar as any request seeks all information pertaining to Masimo's annual meeting and the proxy contest, that request is overbroad and the parties are directed to meet and confer in good faith to determine a reasonable subset of responsive documents.

Politan must produce the documents that are currently in second-level review within twenty-one days of this Order. Politan must produce the remaining responsive documents

pursuant to this Order within twenty-one days of the parties' agreement as to limitations on documents regarding the annual meeting and the proxy contest, as set forth above.

The Clerk of the Court is respectfully directed to terminate the motion at Dkt. 1 and CLOSE the case given that this miscellaneous case concerns only the motion to compel.

Dated: November 25, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge